# UNITED STATES DISTRICT COURT
for the

Western District of Texas

| United States of America<br>v.<br><br>Monty Lane Riggs (1)<br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) | **A21CR 068 LY**<br>Case No. 1:21-cr--LY |
|---|---|---|

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Monty Lane Riggs,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Count 1: 21 U.S.C. § 846 - Conspiracy to Distribute Methamphetamine


Date:  04/06/2021

*Issuing officer's signature*

City and state:  Austin, Texas

Amanda Deichert, Courtroom Deputy
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*