**SEALED**

FILED
APR 6 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

UNITED STATES OF AMERICA, )
    Plaintiff, )
  ) **INDICTMENT**
v. ) **A21CR 068LY**
  ) CRIMINAL NO. 1:20-CR-070
1. Monty Lane RIGGS, )
2. Suni Wynn ROGERS, ) [21USC 846 – conspiracy to distribute
3. ███████████ ) methamphetamine]
4. ███████████ )
5. Joseph Martinez MANFAS )
6. ███████████ )
7. Shawnwilliam Songao SANTOS, )
8. Marylee Mafnas SANTOS, )
9. ███████████ )
    And )
10. Vincent Lee PRESTO, )
    Defendants. )

USAO # 2020R02602

THE GRAND JURY CHARGES:

### Count One
### [21 U.S.C. § 841(a)(1) and 846]

Beginning in or about April 2019 and continuing until on or about the date of this Indictment in the Western District of Texas, and elsewhere, the Defendants,

1. Monty Lane RIGGS,
2. Suni Wynn ROGERS,
3. ███████████
4. ███████████
5. Joseph Martinez MANFAS,
6. ███████████
7. Shawnwilliam Songao SANTOS,
8. Marylee Mafnas SANTOS,
9. ███████████
    and
10. Vincent Lee PRESTO,

did knowingly, intentionally and unlawfully combine, conspire confederate and agree with others known and unknown to distribute a controlled substance, which offense involved a mixture or substance that contained more than 500 grams of a mixture or substance that detectable amount of methamphetamine, a Schedule II Controlled Substance, all in violation of Title 21, United States Code, Sections 846, 841(a) and 841(b)(1)(A).

ORIGINAL SIGNATURE REDACTED PURSUANT TO E-GOVERNMENT ACT OF 2002

ASHLEY C. HOFF
UNITED STATES ATTORNEY

By: *[signature]*
MARK H. MARSHALL
Assistant U.S. Attorney